IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,                          No. CIV S-06-1477 FCD DAD P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.           <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 27, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed an affidavit in response to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 27, 2006, are adopted in full;

2. Plaintiff's July 17, 2006 motion for temporary restraining order (docketed as #10) is denied;

3. Plaintiff's October 25, 2006 motion for leave to proceed in forma pauperis (docketed as #12) is denied; and

4. This action is dismissed without prejudice to the filing of a paid action.

DATED: April 27, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE